UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 11-CV-2026 (DSD/JJK)

| | |
|---|---|
| Robert Hunt and Douglas Johnson on behalf of themselves and all others in similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Midwest ATM, Inc., Citizens Financial Group, Inc. d/b/a Citizens Bank and Rustad & Associates, Inc.,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CITIZENS FINANCIAL GROUP, INC. (ONLY)** |

Pursuant to Rule 41(a)(1) notice is hereby given that the above-entitled action against Defendant Citizens Financial Group, Inc. d/b/a Citizens Bank (only), by Plaintiff may be, and hereby is dismissed on its merits without prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal without prejudice and on the merits may be entered in the above-entitled action pursuant hereto as to Defendant Citizens Financial Group, Inc. d/b/a Citizens Bank (only).

Dated this 16th day of February, 2012.

By: s/Thomas J. Lyons
Thomas J. Lyons (#65699)
**LYONS LAW FIRM, P.A.**
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, Minnesota 55127
Telephone: (651) 770-9707
Facsimile: (651) 770-5830
tlyons@lyonslawfirm.com

**ATTORNEY FOR PLAINTIFF**

14206544v.1